**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOHN MARCHETTI,  :  <br>    Plaintiff,  : <br>  : <br> v.  : <br>  : <br> ADMINISTRATOR JOHN POWELL,  : <br> et al.,  : <br>  : <br>    Defendants.  : | Civ. No. 22-2527 (RBK) (EAP) <br><br><br> **MEMORANDUM & ORDER** |

  Plaintiff, John Marchetti ("Plaintiff" or "Marchetti"), is proceeding through counsel with a civil complaint. On November 18, 2022, Defendants filed a motion to dismiss Plaintiff's original complaint. (*See* ECF 13). On December 5, 2022, Plaintiff filed an amended complaint. (*See* ECF 14). On January 30, 2023, Defendants filed a motion to dismiss Plaintiff's amended complaint. (*See* ECF 18). Given that Plaintiff's operative pleading in this case is now his amended complaint, and that Defendants have moved to dismiss Plaintiff's amended complaint, this Court will administratively terminate Defendants' motion to dismiss Plaintiff's original complaint. Defendants' motion to dismiss Plaintiff's amended complaint will be decided in due course.

  Accordingly, IT IS on this 12th day of April, 2023,

  ORDERED that Defendants' motion to dismiss Plaintiff's original complaint (ECF 13) is administratively terminated as Plaintiff has filed an amended complaint and Defendants have moved to dismiss Plaintiff's amended complaint; Defendants' motion to dismiss Plaintiff's amended complaint (ECF 18) will be decided in due course.

s/ Robert B. Kugler
ROBERT B. KUGLER
United States District Judge
